THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD F. MILLS, Appellant. [919 NYS2d 458]—

Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.